# AFFIDAVIT OF SERVICE

| Case: 1:24-cv-3062 | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | County: | Job: 11437820 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Eunice Theodor | | **Defendant / Respondent:** Piedmont Medical Care Corporation | |
| **Received by:** Metro Court Services | | **For:** Hall & Lampros, LLP | |
| **To be served upon:** Piedmont Medical Care Corporation by and through CSC of Cobb County, Inc. | | | |

I, Kathryn Rhodes, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Piedmont Medical Care Corporation by and through CSC of Cobb County, Inc. (Terri Thompson), 92 Anderson Street SE Suite 125, Marietta, GA 30060 |
| **Manner of Service:** | Registered Agent, Jul 19, 2024, 8:52 am EDT |
| **Documents:** | Summons, Civil Cover Sheet, Complaint |

**Additional Comments:**
1) Successful Attempt: Jul 19, 2024, 8:52 am EDT at 92 Anderson Street SE Suite 125, Marietta, GA 30060 received by Piedmont Medical Care Corporation by and through CSC of Cobb County, Inc. (Terri Thompson). Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 190; Height: 5'4"; Hair: Brown; Eyes: Brown; Relationship: Registered Agent ;

*Kathryn Rhodes* (signature)

07/20/2024

Kathryn Rhodes                                 Date

Metro Court Services
216 North Erwin Street
Cartersville, GA 30120
(678)524-7292

Subscribed and sworn to before me by the affiant who is personally known to me.

(signature)

Notary Public

7/20/2024

Date                                 Commission Expires

[Notary Seal: JAMES STEPHEN BLALOCK, MY COMMISSION EXPIRES Jan. 29, 2029, BARTOW CO., GEORGIA, NOTARY PUBLIC]